|   |   |
|---|---|
| 1 | CENTERFOR DISABILITY ACCESS |
| 2 | Prathima Reddy Price, Esq., SBN 321378 |
|   | Naomi Marie Butler, Esq., SBN 332664 |
| 3 | 100 Pine St., Ste 1250 |
| 4 | San Francisco, CA 94111 |
| 5 | Tel: (858)375-7385; |
|   | Fax (888)422-5191 |
| 6 | prathimap@potterhandy.com |
| 7 | Attorneys for Plaintiff SCOTT JOHNSON |
| 8 |   |
|   | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| 9 | Melissa T. Daugherty, Esq., SBN 227451 |
| 10 | Stephen E. Abraham, Esq., SBN 172054 |
|   | 633 West 5th Street, Suite 4000 |
| 11 | Los Angeles, CA 90071 |
| 12 | Tel: 213.250.1800 |
|   | Fax: 213.250.7900 |
| 13 | Stephen.Abraham@lewisbrisbois.com |
|   | Melissa.Daugherty@lewisbrisbois.com |
| 14 |   |
|   | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| **Scott Johnson**, | **Case No.: 3:21-cv-08283-CRB** |
|---|---|
| Plaintiff, |   |
| v. | **Joint Stipulation to Continue Settlement Meeting Deadline** |
| **GS Pacific ER LLC,** a Delaware Limited Liability Company |   |
| Defendant. | HON. CHARLES R. BREYER |

IT IS HEREBY STIPULATED between Plaintiff Scott Johnson ("Plaintiff") and Defendant GS Pacific ER LLC ("Defendant") (collectively

known as the "Parties"), by, and through their respective attorneys of record that the deadline for the Parties to conduct the settlement meeting is extended from December 2, 2022 to December 13, 2022. The Parties' request is based on good cause arising out of difficulty in scheduling a mutually convenient date for mediation prior to the original meet and confer deadline on December 2, 2022. The Parties have now agreed to scheduled settlement meeting on December 13, 2022. The parties request all other dates that are calculated based on the settlement meeting date will be adjusted accordingly.

For the Court's convenience, a Proposed Order is filed along with this stipulation, granting the requested extension.

IT IS SO STIPULATED.

Dated: December 6, 2022          CENTER FOR DISABILITY ACCESS


                                 By: /s/ Prathima Reddy Price
                                     Prathima Price, Esq.
                                     Attorney for Plaintiff




Dated: December 7, 2022          LEWIS BRISBOIS BISGAARD
                                 & SMITH LLP


                                 By: /s/ Stephen E. Abraham
                                     Stephen E. Abraham, Esq.
                                     Attorney for Defendant

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**SIGNATURE ATTESTATION**

     I hereby attest that all signatories listed above, on whose behalf this Stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: December 6, 2022            CENTER FOR DISABILITY ACCESS

                                          By: /s/ Prathima Reddy Price
                                          Prathima Price, Esq.
                                          Attorney for Plaintiff