CENTER FOR DISABILITY ACCESS
Naomi Butler, Esq, SBN 332664
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
naomib@potterhandy.com

Attorney for Plaintiff

LEWIS BRISBOIS BISGAARD & SMITH LLP
MELISSA T. DAUGHERTY, SB# 227451
E-Mail: Melissa.Daugherty@lewisbrisbois.com
STEPHEN E. ABRAHAM, SB# 172054
E-Mail: Stephen.Abraham@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant
GS Pacific ER LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, | Case No.: 3:21-cv-08283-CRB |
| Plaintiff, | **JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |
| v. | |
| **GS Pacific ER LLC, a** Delaware Limited Liability Company. | |
| Defendant | |

## STIPULATION

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs.

Dated: 1/12/2023          CENTER FOR DISABILITY ACCESS

By: /s/ Naomi Butler
Naomi Butler
Attorney for Plaintiff

Dated: 1/12/2023          LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ Stephen E. Abraham
Stephen E. Abraham

Attorney for Defendant
GS Pacific ER LLC

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Stephen E. Abraham, counsel for GS Pacific ER LLC, respectively, and that I have obtained Attorney Abraham's authorization to affix their electronic signature to this document.

Dated: 1/12/2023                              CENTER FOR DISABILITY ACCESS

                                              By:/s/ Naomi Butler
                                              Naomi Butler
                                              Attorney for Plaintiff